## APPEAL OF LAUTZ MARBLE CORPORATION.

Docket No. 6674. Promulgated January 31, 1927.

*William Cogger, Esq.*, for the petitioner.
*Ellis W. Manning, Esq.*, for the Commissioner.

PHILLIPS: Petitioner appeals from the determination by the Commissioner of a deficiency of $2,058.90 in income and profits tax for the calendar year 1919, arising from the disallowance of $4,282.11 of the depreciation claimed on buildings, machinery, furniture and fixtures, and tools.

### FINDINGS OF FACT.

The petitioner is a corporation existing under the laws of the State of New York, with its principal place of business in Buffalo. It was incorporated in November, 1918, with an authorized capital of $150,000.

Upon incorporation it acquired the real estate, machinery, furniture, tools and inventory of a bankrupt corporation, and issued therefor stock of the par value of $70,700, assuming a mortgage thereon of $46,800.

The Commissioner determined the fair market value of the depreciable tangible assets paid in to the taxpayer corporation and allowed depreciation on such values as follows:

|  | Amount. | Rate, per cent. |
| --- | --- | --- |
| Buildings | $4,593. 85 | 3 |
| Machinery | 8,448. 85 | 20 |
| Furniture and fixtures | 433. 99 | 10 |
| Tools | 726. 86 | 5 |
| Total | 14,203. 55 | |

The fair market value of the buildings when acquired was $15,000 and of the tools, $2,185.30.

*Decision redetermining deficiency will be entered on 10 days' notice, under Rule 50.*